1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON APRIL
     NIEDELMAN & WAGENHEIM, P.A.
3  6060 Elton Avenue – Suite A
   Las Vegas, Nevada  89107
4  (702) 366-1125
   FAX:  (702) 366-1857
5  jbusby@cooperlevenson.com

6  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
7

                **UNITED STATES DISTRICT COURT**
8
                    **DISTRICT OF NEVADA**
9

10  EMMA LEHMANN,                        CASE NO. 2:12-cv-00187-GMN-CWH

11        Plaintiff,

12  vs.                                  **STIPULATION AND ORDER FOR**
                                         **DISMISSAL WITH PREJUDICE**
13  SMITH'S FOOD & DRUG CENTERS, INC.;
    DOES I through X, inclusive; and ROE
14  BUSINESS ENTITIES I through X,  inclusive,

15        Defendants.

16  _____

17        WHEREAS, counsel for Defendant and Plaintiff, appearing without counsel in this litigation,

18  have agreed to a full and final settlement of this case;

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

CLAC 1926360.1

1    IT IS HEREBY STIPULATED AND AGREED by and between EMMA LEHMANN,

2  Plaintiff appearing in Proper Person, and JERRY S. BUSBY, ESQ., of the law firm COOPER

3  LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S

4  FOOD & DRUG CENTERS, INC., that this case be dismissed, with prejudice, each party to bear

5  their own fees and costs.

6    DATED this 11th day of February, 2013.

7  EMMA LEHMANN                          COOPER LEVENSON APRIL
     Plaintiff appearing Pro Se            NIEDELMAN & WAGENHEIM, P.A.
8

9  /s/ Emma Lehmann                      /s/Jerry S. Busby
   EMMA LEHMANN                          JERRY S. BUSBY, ESQ.
10  920 Painted Peak Way                  Nevada Bar No. 001107
    Las Vegas, Nevada 89108               6060 Elton Avenue – Suite A
11  (702) 542-8066                        Las Vegas, Nevada  89107
    Plaintiff appearing Pro Se            (702) 366-1125
12                                        Attorneys for Defendant
                                          SMITH'S FOOD & DRUG CENTERS, INC.
13

14

15    **IT IS SO ORDERED** this 13th day of February, 2013.

16

17

18  _____
    Gloria M. Navarro
19  United States District Judge

20

21

22

23

24

25

26

27

28

2

CLAC 1926360.1