```
 1  JERRY S. BUSBY
    Nevada Bar #001107
 2  COOPER LEVENSON APRIL
       NIEDELMAN & WAGENHEIM, P.A.
 3  6060 Elton Avenue – Suite A
    Las Vegas, Nevada  89107
 4  (702) 366-1125
    FAX:  (702) 366-1857
 5  jbusby@cooperlevenson.com

 6  Attorneys for Defendant
    SMITH'S FOOD & DRUG CENTERS, INC.
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMMA LEHMANN, | CASE NO. 2:12-cv-00187-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

WHEREAS, counsel for Defendant and Plaintiff, appearing without counsel in this litigation, have agreed to a full and final settlement of this case;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 1926360.1

IT IS HEREBY STIPULATED AND AGREED by and between EMMA LEHMANN, Plaintiff appearing in Proper Person, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that this case be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 11th day of February, 2013.

| | |
|---|---|
| EMMA LEHMANN<br>  Plaintiff appearing Pro Se | COOPER LEVENSON APRIL<br>  NIEDELMAN & WAGENHEIM, P.A. |
| /s/ Emma Lehmann<br>EMMA LEHMANN<br>920 Painted Peak Way<br>Las Vegas, Nevada 89108<br>(702) 542-8066<br>Plaintiff appearing Pro Se | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED** this 13th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

2

CLAC 1926360.1